UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT Chattanooga

Fed. # 43986-074

Billy W. Locke 135987 )
_____ )
_____ )
(Enter above the NAME of the )
plaintiff in this action.) )

v. )

my First Sentencing )
Aterney and 2nd and )
U.S. government )
~~Foreman~~, U.S. Probation Dept.)
(Enter above the NAME of each )
defendant in this action.) )

FILED
JAN 03 2022
Clerk, U. S. District Court
Eastern District of Tennessee
At Chattanooga

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(42 U.S.C. Section 1983)

I.  PREVIOUS LAWSUITS

   A.  Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment? YES ( ) NO (✓)

   B.  If your answer to A is YES, describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

       1.  Parties to the previous lawsuit:

           Plaintiffs: N/A

           Defendants: N/A

1

2. COURT: (If federal court, name the district; if state court, name the county): _____

3. DOCKET NUMBER: _____

4. Name of Judge to whom case was assigned: _____

5. Disposition: (For example: Was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. PLACE OF PRESENT CONFINEMENT: M.C.C.X. Po Box 2000 Wartburg TN

A. Is there a prisoner grievance procedure in this institution? YES ( ) NO ( )

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? YES ( ) NO (✓)

C. If your answer is YES,

 1. What steps did you take? _____

 2. What was the result? _____

D. If your answer to B is NO, explain why not. _____

E. If there is no prison grievance procedure in the institution, did you complain to the prison authorities? YES ( ) NO (✓)

F. If your answer is YES,

 1. What steps did you take? _____

2

2. What was the result? _____

III. PARTIES

(In item A below, please your name in the first blank and place your present address in the second blank. Do the same for any additional plaintiffs.)

A. Name of plaintiff: ~~[redacted]~~ Billy W. Locke

Present address: ~~[redacted]~~ mcck. Po Box 2000 wartburg TN, 37887

Permanent home address: Box 240 Etowah TN 37331 county Rd. 890

Address of nearest relative: Pam Locke Box 240 C.R. 890 Etowah TN, 37331

(In item B below, place the FULL NAME of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use item C for the additional names, positions, and places of employment of any additional defendants.)

B. Defendant: my First on 2nd Sentencing Atorney

Official position: Attorney

Place of employment: Fed. defender service

C. Additional defendants: U.S. Probation department and the U.S. government ~~[redacted]~~

IV. STATEMENT OF CLAIM

(State here as briefly as possible the FACTS of your case. Describe how EACH defendant is involved. Include also the names of other persons involved, dates and places. DO NOT give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets, if necessary.)

My First Atterney for every day That he got me Sentence to, more Than I was Suppose to do, he got me

3

Sentenced to 235 months ~~~~ I was only supposed to do 96 at the most,

my resentencing Attorney got me resentence to 118 months to wher I was supposed to have got no more than 96,

I got resentenced 8-31-21 to 96 months But I have already done 118 months. 22 months more than what I was suposed to do.

V. RELIEF

(State BRIEFLY exactly what you want this Court to do for you. Make NO legal arguments. Cite NO cases or statutes.)

I am Requesting The courts help me get a Fair and Just Setelment For my life they had cost me, and to appoint me an Attorney To help me in This matter and all others I have here at This Time

I (We) hereby certify under penalty of perjury that the above complaint is true to the best of my (our) information, knowledge and belief.

Signed this ~~~~~ 28 day of 12-~~~~, 20 21.

_Billy ?othe_
Signature of plaintiff(s)