UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BILLY WAYNE LOCKE, | ) |
| *Plaintiff*, | ) Case No. 1:22-cv-3 |
| | ) Judge Travis R. McDonough |
| v. | ) |
| | ) Magistrate Judge Christopher H. Steger |
| U.S. GOVERNMENT, *et al.* | ) |
| *Defendants*. | ) |

## JUDGMENT ORDER

For these reasons stated in the memorandum opinion filed contemporaneously herewith, Plaintiff's complaint (Doc. 1) is **DISMISSED WITH PREJUDICE**. The Clerk of Court is **DIRECTED** to close the case.

**SO ORDERED.**

/s/ *Travis R. McDonough*
**TRAVIS R. MCDONOUGH**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ LeAnna R. Wilson
  CLERK OF COURT